UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMY Y. PANG,

                Plaintiff,

-against-

N.Y.C. BOARD OF EDUCATION, JOANN
ASCIUTTO, Principal of P.S. 314, and MARIA
COTTO, Principal of P.S. 179,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
01-CV- 0994 (NGG)

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 20, 2005, granting the defendants' motion to dismiss in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motion to dismiss is granted in its entirety.

Dated: Brooklyn, New York
         July 21, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court